FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 FEB 11  P 12: 26

CLERK'S OFFICE
AT BALTIMORE

_____DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

Sharon Hoffman,          )
                         )
        Plaintiff,       )
                         )
        v.               )        Civil Action No.  WMN 03 CV177
                         )
HBW Properties, Inc.     )
                         )
        Defendant.       )
                         )

**PROPOSED ORDER**

Upon consideration of the Defendant's motion for an Order extending its time to

respond to the Plaintiff's Complaint by one week, to February 24, 2003, and on consent

of Plaintiff, it is hereby ORDERED that the motion is GRANTED and that the

Defendant's time to respond to the Complaint in this matter is extended to February 24,

2003.

DATED: February ___11___, 2003


_____
William M. Nickerson
United States District Court Judge

Document #: 1305145 v.1