IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Sharon Hoffman, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. WMN 03 CV177 |
| HBW Properties, Inc. | ) |
| Defendant. | ) |

**PROPOSED ORDER**

Upon consideration of the Defendant's motion for an Order extending its time to respond to the Plaintiff's Complaint by one additional week, to March 3, 2003, and on consent of Plaintiff, it is hereby ORDERED that the motion is GRANTED and that the Defendant's time to respond to the Complaint in this matter is extended to March 3, 2003.

DATED: February __21__, 2003

_____
William M. Nickerson
United States District Court Judge

Document #: 1306806 v.1