IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| Sharon Hoffman,<br><br>    Plaintiff,<br><br>v.<br><br>HBW Properties, Inc.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No. WMN 03 CV177<br>)<br>)<br>)<br>)<br>) |

**DISCLOSURE STATEMENT**

Pursuant to Local Rule 103.3 of the United States District Court for the District of Maryland, the undersigned counsel for HBW Properties, Inc. ("HBW"), in the above captioned action certifies that HBW Services, Inc., is an affiliate of HBW. The two entities share common ownership. No other corporation, unincorporated association, partnership or other business entity, not a party to this case, has a financial interest in the outcome of this litigation as set forth in Local Rule 103.3.

DATED: March 3, 2003

Respectfully submitted,

/s/
Christine N. Kearns (Bar No. 04662)
M. Jennifer Hopeman
SHAW PITTMAN LLP
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007 – Facsimile

Counsel for Defendant HBW Properties, Inc.

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of March, 2003, the foregoing "Disclosure Statement" was served via the U.S. District Court for the District of Maryland Case Management/Electronic Case Files System on the following counsel of record:

>Omar Vincent Melehy
>Zipin Melehy & Driscoll LLC
>8403 Colesville Road
>Suite 610
>Silver Spring, MD 20910

>_____/s/_____
>Christine N. Kearns

Document #: 1309153 v.1