UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | | |
|---|---|---|
| SHARON HOFFMAN | * | |
| | * | |
| Plaintiff | * | Civil Action No.: WMN-03-CV177 |
| | * | |
| v. | * | |
| | * | |
| HBW PROPERTIES, INC., | * | |
| | * | |

NOTICE OF DEPOSITION HOURS

Plaintiff hereby notifies the Court that she plans to use 30 hours for depositions in this case.

Respectfully submitted,

*/s/ Omar Melehy*
Omar Vincent Melehy
Zipin, Melehy & Driscoll, LLC
8403 Colesville Road, Suite 610
Silver Spring, MD 20910
(301) 587-6364

Attorney for Plaintiff.