IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| Sharon Hoffman,<br><br>    Plaintiff,<br><br>    v.<br><br>HBW Properties, Inc.<br><br>    Defendant. | Civil Action No. WMN 03 CV177 |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED by and between the parties to this action, by counsel, that this action be and hereby is dismissed with prejudice pursuant to Rule 41(a) of The Federal Rules of Civil Procedure, each party to bear its own costs and attorneys' fees.

_____
Christine N. Kearns (Bar No. 416339)
M. Jennifer Hopeman
2300 N Street, N.W.
Washington, D.C. 20037-1128
(202) 663-8000
(202) 663-8007

Attorneys for Defendant HBW Properties, Inc.

_____
Omar Vincent Melehy
Zipin Melehy & Driscoll LLC
8403 Colesville Road
Suite 610
Silver Spring, MD 20910
(301) 587-6308
(301) 587-6364

Attorneys for Sharon Hoffman

Document #: 1317341 v.1

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of April, 2003, the foregoing "Stipulation of Dismissal" was served via the U.S. District Court for the District of Maryland Case Management/Electronic Case Files System on the following counsel of record:

Omar Vincent Melehy
Zipin Melehy & Driscoll LLC
8403 Colesville Road
Suite 610
Silver Spring, MD 20910

_____/s/_____
Christine N. Kearns

Document #: 1320458 v.1